*Friday, October 11, 1996*

## MOTION DOCKET

**95–1924. Hill v. Urbana.**
Champaign App. No. 94–CA–22. This cause is pending before the court as an appeal from the Court of Appeals for Champaign County. Upon consideration of the motion of R.E. Holland Excavating, Inc., to participate in oral argument,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that no additional time will be allotted.

## MISCELLANEOUS DISMISSALS

**96–2053. Bradley v. Farmers New World Life Ins. Co.**
Hamilton App. No. C–950575. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Tuesday, October 15, 1996*

## MISCELLANEOUS DISMISSALS

**95–1809. Moore v. Volvo–GM Heavy Trucks, Inc.**
Summit App. 16905. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, October 16, 1996*

## MERIT DOCKET

**96–802. Burkett v. Preble Cty. Bd. of Revision.**
Board of Tax Appeals, No. 95–D–761. *Sua sponte*, appeal dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–1925. Quonset Hut, Inc. v. Ford Motor Co.**
Stark App. No. 1995CA00394. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B). This cause is therefore dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.
STRATTON, J., dissents.

**96–1681. State ex rel. Jerninghan v. Eighth Judicial Dist. Court of Appeals.**
In Mandamus and Procedendo. *Sua sponte*, cause dismissed.
DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.
MOYER, C.J., dissents and would grant an alternative writ.

**96–1846. State ex rel. Larson v. Eighth Dist. Court of Appeals.**
In Mandamus. On motion for summary judgment. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–1876. State ex rel. Freeman v. Tenth Appellate Dist. Court of Appeals.**
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.